THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mary Ann Wall, Appellant.
 
 
 

Appeal From Williamsburg County
James E. Lockemy, Circuit Court Judge
Unpublished Opinion No. 2009-UP-463
Submitted October 1, 2009  Filed October
 12, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Cecil K. Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Mary
 Ann Wall appeals her convictions and sentences for armed robbery, kidnapping,
 and possession of a weapon during a violent crime, arguing the trial court
 erred by refusing to direct a verdict of acquittal.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HUFF,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.